# Third District Court of Appeal

## State of Florida

Opinion filed October 6, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-277
Lower Tribunal No. 18-29700
_____

**Charles A. Tavares**,
Appellant,

vs.

**139th Avenue S.W. 8th Street, LLC**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

Charles A. Tavares, in proper person.

Damian & Valori, and Peter F. Valori and Markenson Pierre, for appellee.

Before LOGUE, HENDON and GORDO, JJ.

HENDON, J.

We affirm the final order awarding attorney's fees and costs. The trial court correctly applied the law in determining entitlement and properly exercised its discretion in determining the reasonable attorney's fees and costs to be awarded. <u>Universal Beverages Holdings, Inc. v. Merkin</u>, 902 So. 2d 288, 290 (Fla. 3d DCA 2005); <u>Universal Prop. & Cas. Ins. Co. v. Deshplande</u>, 314 So. 3d 416 (Fla. 3d DCA 2020); <u>Cornfeld v. Plaza of the Americas Club, Inc.</u>, 306 So. 3d 1136 (Fla. 3d DCA 2020).

Affirmed.